

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading. to the U.S. District Court for the CENTRAL District of Illinois for review and filing.

Name: MARCUS CRAIG

ID Number: M01293

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   **(Yes)** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **(No)**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?   Yes or **(No)**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: **11**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| COMPLAINT | 8 |
| COVER LETTER | 1 |
| EXHIBITS | 2 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

```
               Marcus Craig
               IDOC# M01293
         Robinson Correctional Center
           13423 East 1150th Avenue
               Robinson, IL 62454
```

December 6, 2023

The Clerk of the Court
United States District Court
Central District of Illinois

Re: COVER LETTER TO THE CLERK **NOT THE COURT/JUDGE**

Dear Clerk of the Court:

I have e-filed the attached COMPLAINT. Please be advised that I was unable to obtain the forms for:

MOTION TO PROCEED WITHOUT PREPAYING COSTS

and

MOTION FOR APPOINTMENT OF COUNSEL

At the time of filing these forms were not available from my facility law library. I ask that you please provide me with the proper forms described above for the Central District of Illinois.

Thank you for your time.

Respectfully,

_____
Marcus Craig, pro se

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

MARCUS CRAIG                        )
                                    )
                                    )
            Plaintiff               )
                                    )
        vs.                         )           Case No. _____
                                    )           *(The case number will be assigned by the clerk)*
WEXFORD HEALTH SOURCES, INC.,       )
BRITTANY GREENE, ADA COORDINATOR    )
CATHY ASHCRAFT & ADA COORDINATOR    )
KESTNER, in their individual        )
and official capacities             )
                                    )
_____)
_____,)
                                    )
            Defendant(s)             )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X]   42 U.S.C. §1983 (state, county or municipal defendants)

[ ]   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ]   Other federal law: _____

[ ]   Unknown _____

### I. FEDERAL JURISDICTION

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Marcus Craig

Prison Identification Number: M01293

Current address: Robinson Correctional Center, 13423 East 1150th Avenue, Robinson, Illinois, 62454

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Wexford Health Sources, Inc.

Current Job Title: Health Care Provider for Illinois D.O.C.

Current Work Address 9850 OLD PERRY HIGHWAY WEXFORD, PA 15090

Defendant #2:

Full Name: Brittany Greene

Current Job Title: Western C.C. Chief Administrative Officer

Current Work Address Western Correctional Center, 2500 Route 99 South, Mt. Sterling, Illinois, 62353

Defendant #3:

Full Name: Cathy Ashcraft

Current Job Title: American Disabilities Act Coordinator

2

Current Work Address  Western Correctional Center, 2500 Route 99 South, Mt. Sterling, Illinois 62353

Defendant #4:

Full Name:  Ms. Kestner

Current Job Title:  American Disabilities Act Coordinator

Current Work Address  Western Correctional Center, 2500 Route 99 South, Mt. Sterling, Illinois 62353

Defendant #5:

Full Name:  N/A

Current Job Title:  N/A

Current Work Address  N/A

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe  N/A

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

C. If your answer to B is yes, how many?  N/A    Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   N/A

2. Basic claim made  N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not  N/A

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Western Correctional Center

4

Date(s) of the occurrence  June of 2022 to August of 2023

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1. Plaintiff arrived at Western Correctional Center on or about 06/23/22 and immediately advised Wexford staff about his hearing impaired status. Wexford employed a policy of delay and denial of care that resulted in plaintiff's denial of proper ADA equipment and recognition from staff, which caused him to miss meals, yard, rec and other activities, including job assignments and other programs, as well as medical and law library appointments. Wexford's policy of delay and denial of care resulted in plaintiff's injuries (described above) in violation of his Eighth Amendment rights under the U.S. Constitution; Plaintiff asserts a <u>Monelle</u> claim here, against Wexford Health Sources, Inc.

2. After about four months of attempting to receive proper ADA equipment from the Health Care Unit Plaintiff was unable to do so. On or about 10/06/2022 Plaintiff contacted the warden and Chief Administrative Officer Brittany Greene and informed her that he was not receiving medical care from the Health Care Unit and that his ADA needs were not being addressed. Brittany Greene made no attempts to correct the deficient care at her Health Care Unit even after the Plaintiff notified her in writing and on several occasions face to face. As of this date, Plaintiff has never received his hearing aid for his right ear (Plaintiff is 100% deaf in his left ear and 80% deaf in his right; this is diagnosed and documented, and was known at the time).

5

3. After about 90 days of having his ADA concerns totally ignored by Wexford employed medical staff, Plaintiff contacted ADA (American Disabilities Act) Coordinator Cathy Ashcraft via writing on or about 10/06/2022. In this letter Plaintiff communicated that he was 100% deaf in his left ear and 70-80% deaf in his right ear. He informed her that it had been more than 90 days since he had made his disability, which was medically documented, known to Wexford health care staff. He informed her that prison authorities had completely ignored his disability and even refused to acknowledge it, which caused him to miss numerous meals, as in multiple breakfasts, lunches and dinners, as well as daily functions such as gym, yard, commissary, health care sick call and law library call passes. Plaintiff basically beseeched ADA Coordinator Cathy Ashcraft for help, a plea which went unheeded. Instead, Cathy Ashcraft acted with blatant deliberate indifference to his serious medical needs which resulted in his injury of enduring cruel and unusual conditions of confinement in violation of his rights under the U.S. Constitution, specifically the Eighth Amendment.

4. Plaintiff finally received an auxillary hearing impaired "pager watch" on or about 11/1 /2022. This did not alleviate Plaintiff's situation, because Wexford staff did not, nor did ADA Coordinators Ashcraft or Kestner, assign him H.O.H. (Hard of Hearing) status and as a result the Correctional Officers assigned to Plaintiff's Housing Unit rarely bothered to utilize the computerized pager system for deaf/hard of hearing prisoners because they were unaware Plaintiff was such. This is despite the numerous attempts he made to make them aware of this fact by notifying CAO Greene and Wexford employed medical staff, as well as ADA Coordinators Ashcraft and Kestner, of his disablity. This caused Plaintiff continuing injury in violation of his rights under

6

the Eighth Amendment to the U.S. Constitution.

5. After 13 months of having his disability completely ignored, save for an ineffective "pager watch" that the prison neglected to activate, and a pair of over the ear headphones so he could watch TV and listen to music (which did nothing to notify him of critical line movements or appointments), Plaintiff filed grievance 23-3070E. In her response to this grievance, ADA Coordinator Kestner falsely stated that the Plaintiff had been granted H.O.H. status on the very day the grievance was reviewed. She stated, "...hard of hearing was palced [sic] on this individuals door today (08/25/23)." Despite being a very convenient cooincidence, this statement was blatantly and demonstrably false. On 08/25/23 the Plaintiff was no longer at Western Correctional facility; he had been transferred weeks earlier. ADA Coordinator's false statement was a clear attempt to circumvent the grievance process, as well as a textbook example of a culpable mindset necessary to establish that the Defendants were acting in deliberate indifference to the Plaintiff's serious medical needs in violation of his rights under the Eighth Amendment to the U.S. Constitution.

6. The actions of the Defendants described herein are an ongoing injury, as the Plaintiff has to date not received a hearing aid for his right ear.

## RELIEF REQUESTED

(State what relief you want from the court.)

7

7. Plaintiff requests $500,000 in compensatory damages from each defendant, either jointly or severally.

8. Plaintiff requests $500,000 in punative damages from each defendant, either jointly or severally.

9. Plaintiff requests his costs for this action.

10. Any other relief this Honorable Court deems appropriate.

JURY DEMAND     Yes [X]     No [ ]

Signed this __6__ day of __December__, 20_23_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Marcus Craig, pro se | M01293 |
| Address:<br>Robinson Correctional Center<br>13423 East 1150th Avenue<br>Robinson, IL 62454 | Telephone Number:<br>N/A |

8

Marcus D Craig # M.01293  2·A·69

To: A.D.A Cordinator, Cathy Ashcraft

I am a Deaf & Hard of Hearing Inmate, I am a 100% Deaf in my Left ear & 70-80% Hard of Hearing in my Right ear. I have been writing you the "A.D.A Cordinator" for over 90 Days trying to get A.D.A Accommadations with no response from you. I have missed numerous chows "Breakfast Lunch & Dinner" Due to my Hearing Disability, as well as Daily funtions such as Gym, Yard, Commisarry, Call passes Like Health Care, Sick Call, & Law Library. I would Like to start school at Lake Land College, But without a Hearing-Aid I won't be able to Comprehend & Learn. Please Ms. Ashcraft (A.D.A Cordinator) I Really Need your Help. Please Get Back to me as soon as You Can. Please & Thank you for your time & Consideration

Ma C
10·6·22
# M·01293

RECEIVED
OCT 25 2022
ADMINISTRATIVE REVIEW BOARD

Marcus Craig # M01293  2·A·69
To: Warden #1 Brittany Greene

I AM A DEAF & HARD OF HEARING INMATE. I AM A 100% DEAF IN MY LEFT EAR & 70-80% HARD OF HEARING IN MY RIGHT EAR. I HAVE BEEN WRITING THE A.D.A COORDINATOR CATHY ASHWORTH FOR OVER 90 DAYS, TRYING TO GET A DEAF & HARD OF HEARING COMMUNICATION PLAN & A.D.A ACCOMMODATIONS. IN THOSE 90 DAYS NO ONE HAS GOT BACK TO ME. I HAVE MISSED NUMEROUS CHOWS "BREAKFAST, LUNCH & DINNER" AS WELL AS GYM, YARD, COMMISSARY, CALL PASSES, SICK CALL & LAW LIBRARY ALL DUE TO MY HEARING DISABILITY. I WOULD LIKE TO START SCHOOL AT LAKE LAND COLLEGE BUT WITHOUT A HEARING AID, I WON'T BE ABLE TO LEARN & COMPREHEND. PLEASE Ms. GREENE, I REALLY NEED YOUR HELP. PLEASE GET BACK TO ME AS SOON AS YOU CAN. PLEASE & THANK YOU.

MC
10·6·22
# M·01293

RECEIVED
OCT 2 5 2022
ADMINISTRATIVE REVIEW BOARD