E-FILED
Monday, 05 January, 2026 03:10:47 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **Marcus Craig,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 23-cv-3343** |
| | ) | |
| **Brittany Greene, Cathy Ashcraft,** | ) | |
| **Kindel Kestner, and Wexford Health Sources Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Marcus Craig's action against Defendants Brittany Greene, Cathy Ashcraft and Kindel Kestner is dismissed. Defendant Wexford Health Sources Inc. was dismissed on 2/28/2024. Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated: 1/5/2026**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court