E-FILED
Monday, 26 January, 2026 03:49:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARCUS CRAIG, #M01293,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY GREENE, CATHY ASHCRAFT, KINDEL KESTNER, and WEXFORD HEALTH SOURCES, INC.,<br>In their individual capacities,<br><br>Defendants. | ) | Case No. 23-cv-3343-SLD |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Marcus Craig, Plaintiff above-named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Civil Case entered in this action on January 5, 2026 [Docket No. 39], granting Defendants' Combined Motion for Summary Judgment [Docket No. 29] and dismissing Plaintiff's claims with prejudice.

The Notice of Appeal shall be deemed filed as of the date of entry of the order appealed from, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

Date: January 26, 2026

Respectfully submitted,

SHAMBEE LAW OFFICE, LTD.

By: /s/ Juneitha Shambee

Juneitha Shambee
*Attorneys for Plaintiff*
701 Main St., Ste. 201A
Evanston, IL 60202
(773) 741-3602
juneitha@shambeelaw.com
ARDC No. 6308145

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, a true and correct copy of the foregoing *Notice of Appeal* was served on the following via the Court's CM/ECF system, which sent electronic notification to:

Evan CreelGould #6335737
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-1090
Fax: (217) 524-5091
Email: evan.creelgould@ilag.gov
& gls@ilag.gov

/s/ Juneitha Shambee
Juneitha Shambee
ARDC No. 6308145